Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
**DONIGER / BURROUGHS**
603 Rose Avenue
Venice, California, 90230
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIGN COLLECTION, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE TJX COMPANIES, a Delaware Corporation, individually and d/b/a MARSHALLS; CAVENDER STORES, LTD., individually and d/b/a CAVENDER'S, a Texas Limited Company; STAR OF INDIA FASHIONS, INC., an Arizona Corporation; and DOES 1-10,<br><br>Defendant. | Case No.:<br><br>PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT;<br><br>Jury Trial Demanded |

DESIGN COLLECTION, INC., by and through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Plaintiff DESIGN COLLECTION, INC is a corporation organized and existing under the laws of the state of California with its principal place of business in Los Angeles, California.

5. Plaintiff is informed and believes and thereon alleges that Defendant THE TJX COMPANIES, INC., individually and d/b/a MARSHALLS ("TJX") is a Delaware corporation, with its principal place of business located at 770 Cochituate Road, Framingham, Massachusetts 01701 and is doing business in and with the State of California.

6. Plaintiff is informed and believes and thereon alleges that Defendant CAVENDER STORES, LTD., individually and d/b/a CAVENDER'S ("CAVENDER") is a Texas limited company, with its principal place of business located at 7820 S. Broadway Avenue, Tyler, Texas 75703-5241, and is doing business in and with the State of California.

7. Plaintiff is informed and believes and thereon alleges that Defendant STAR OF INDIA FASHIONS, INC., ("STAR") is an Arizona corporation, with its principal place of business located at 1038 West Southern Avenue, Tempe, Arizona, 85283, and is doing business in and with the State of California.

8. Plaintiff is informed and believes and thereon alleges that Defendant DOES 1 through 10, inclusive, are manufacturers and/or vendors of garments to Defendants (as specified above) which DOE Defendants have manufactured and/or supplied and are manufacturing and/or supplying garments comprised of fabric printed with Plaintiff's copyrighted design (as hereinafter defined) without Plaintiff's knowledge or consent or have contributed to said infringement or other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise of Defendant DOES 1-4, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names and will seek leave to amend this complaint to show their true names and capacities when same have been ascertained.

9. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## CLAIMS RELATED TO PLAINTIFF'S DESIGN

10. Plaintiff owns an original two-dimensional artwork used for purposes of textile printing which it has entitled BLUE WAFFLE KB 572 ("Subject Design") which has been registered with the United States Copyright Office. Plaintiff also refers to Subject Design as #1062 or DC-15965.

11. Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing Subject Design to numerous parties in the fashion and apparel industries.

12. Plaintiff is informed and believes and thereon alleges that following this distribution of product bearing Subject Design, TJX, CAVENDER, STAR, DOE Defendants, and each of them, manufactured, distributed, and/or sold fabric and/or garments comprised of fabric featuring a design which is identical, or substantially similar, to Subject Design (hereinafter "Subject Product") without Plaintiff's authorization, including but not limited to products sold by:

   a) TJX under SKU No. 067560859, bearing the label "ANGIE" and RN 060508, indicating that it was manufactured by or for STAR.
   b) CAVENDER under style no. P2M55MR98, bearing the label "ANGIE" and RN 060508, indicating that it was manufactured by or for STAR.

13. Representative portions of the Subject Design and Subject Product are set forth hereinbelow:

| **Subject Design** | **Subject Product** |
|---|---|
|  |  |

- 4 -

COMPLAINT

# FIRST CLAIM FOR RELIEF

(For Copyright Infringement – Against All Defendants, and Each)

14. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

15. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Design, including, without limitation, through (a) access to Plaintiff's showroom and/or design library; (b) access to illegally distributed copies of Subject Design by third-party vendors and/or DOE Defendants, including without limitation international and/or overseas converters and printing mills; (c) access to Plaintiff's strike-offs and samples, and (d) access to garments in the marketplace manufactured with lawfully printed fabric bearing the Subject Design.

16. Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures garments and/or is a garment vendor. Plaintiff is further informed and believes and thereon alleges that said Defendant(s), and each of them, has an ongoing business relationship with Defendant retailers, and each of them, and supplied garments to said retailers, which garments infringed the Subject Design in that said garments were composed of fabric which featured an unauthorized design that was identical or substantially similar to the Subject Design, or were an illegal modification thereof.

17. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by creating, making and/or developing directly infringing and/or derivative works from the Subject Design and by producing, distributing and/or selling the Subject Product through a nationwide network of retail stores, catalogues, and through on-line websites.

18. Due to Defendants', and each of their, acts of infringement, Plaintiff has

suffered damages in an amount to be established at trial.

19. Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained profits they would not otherwise have realized but for their infringement of the Subject Design. As such, Plaintiff is entitled to disgorgement of Defendants', and each of their, profits attributable to the infringement of the Subject Design in an amount to be established at trial.

20. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of Plaintiff's rights such that said acts of copyright infringement were, and continue to be, willful, intentional and malicious.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

a. That Defendants, their agents and employees be enjoined from infringing Plaintiff's copyrights in any manner, specifically those for Subject Design;

b. That Plaintiff be awarded all profits of Defendants plus all losses of Plaintiff, plus any other monetary advantage gained by the Defendants through their infringement, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded the costs of this action; and

//

//

      f.  That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

A TRIAL BY JURY PURSUANT TO FED. R. CIV. P. 38 AND CONSTITUTIONAL AMENDMENT SEVEN IS HEREBY DEMANDED.

                                          Respectfully submitted,

Dated: March 19, 2018          By:  */s/ David Shein*
                                               Stephen M. Doniger, Esq.
                                               David R. Shein, Esq.
                                               DONIGER / BURROUGHS
                                               Attorneys for Plaintiff
                                               DESIGN COLLECTION, INC.